AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

MICHAEL RAMSEY,                       **JUDGMENT IN A CIVIL CASE**
                                                    CASE NUMBER: 01-CV-170 S(Sc)

       v.

NEW YORK STATE DEPARTMENT OF
CORRECTIONAL SERVICES, et al.,

       ☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

       ☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED, that Plaintiff's case is DISMISSED without prejudice to reopening, with a tolling of the statute of limitations, if leave is sought from this Court within thirty (30) days of the filing date of the [85] Order on the docket.

Date: April 13, 2006                                RODNEY C. EARLY, CLERK

                                                                By: /S/ Denise Collier
                                                                       Deputy Clerk